■ SHIRLEY PARKER, Appellant, v BONITAS YOUTH SERVICES, INC., Respondent. [26 NYS3d 858]—

Order, Supreme Court, New York County (Doris Ling-Cohan, J.), entered December 2, 2014, which granted defendant's motion pursuant to CPLR 317 to vacate a default judgment entered against it, unanimously affirmed, without costs.

Defendant established that "[it] did not personally receive notice of the summons in time to defend and has a meritorious defense" (CPLR 317; *see Eugene Di Lorenzo, Inc. v A.C. Dutton Lbr. Co.*, 67 NY2d 138, 141-142 [1986]).

Defendant established that it had a meritorious defense to the action by submitting an affidavit by its president and founder outlining in detail the routine safety practices defendant used when operating a sump pump and hose to remove flood water from its basement—thereby doing more than merely "generally vouching for the well-maintained condition of the premises" (*Zapater v 2540 Assoc.*, 250 AD2d 508, 508

[1st Dept 1998]; *see Peacock v Kalikow*, 239 AD2d 188, 190 [1st Dept 1997]). Concur—Tom, J.P., Friedman, Saxe and Richter, JJ.